**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

AKIVA MILLER, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

VANTAGE SOURCING, LLC and MRS BPO, LLC,

                Defendants.

Civil Action Number: 1:18-cv-06642

**NOTICE OF VOLUNTARY**
**DISMISSAL OF CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff AKIVA MILLER gives notice that he does hereby voluntarily dismiss his claims in the above-numbered and captioned action with prejudice.

Dated: February 12, 2019

                Respectfully submitted,

              By:*/s/ Jaclene Troisi*
              Jaclene Troisi, Esq. (JT-7560)
              Varacalli & Hamra, LLP
              32 Broadway, Suite 1818
              New York, New York 10004
              Phone: (646) 590-0571
              *Attorneys for Plaintiff*